Of Counsel:
DEREK S. NAKAMURA   4273
Attorney at Law
A Law Corporation
Central Pacific Plaza
220 S. King Street, Suite 980
Honolulu, HI 96813
Telephone: (808) 521-8044
Facsimile No.: (808) 521-8046

Attorney for Plaintiff
DONNA L. QUON

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2016 NOV -4 PM 2:21

N. MIYATA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

16-1-2058-11 · E C N

| | |
|---|---|
| DONNA L. QUON, | CIVIL NO. _____ |
| Plaintiff, | (Motor Vehicle Tort) |
| vs. | COMPLAINT; SUMMONS |
| SHIRLEY B.J. LUM and DOE ONE through DOE TEN, | |
| Defendants. | |

C:\6479.001M\Pleadings\cny01

## COMPLAINT

### FIRST CAUSE OF ACTION

1. Plaintiff is, and was for all times relevant to this complaint, a resident of Honolulu, City and County of Honolulu, State of Hawaii.

2. Defendant SHIRLEY B.J. LUM is, and was for all times relevant to this complaint, a resident of the City and County of Honolulu, State of Hawaii.

3. The true names, identities, capacities, activities and/or responsibilities, whether individual, corporate, associate, partnership or otherwise of Defendants DOE ONE

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

EXHIBIT "A"

through DOE TEN, inclusive, are unknown to Plaintiff in spite of Plaintiff's investigative efforts and therefore Plaintiff sues said Defendants by such fictitious names, and Plaintiff will seek leave of Court to amend the pleadings to set forth the true names and capacities of said fictitiously named Defendants, when the same become known to Plaintiff. Plaintiff's investigative efforts to discover unknown defendants include the following: review of the police report, discussion of the circumstances of the motor vehicle accident with the insurance representative involved in the case, and inquiries to identify witnesses.

4. Plaintiff is informed and believes, and upon such information and belief, alleges that each of the Defendants designated herein by fictitious names is negligently and/or otherwise responsible in some manner for the events hereinafter referred to, and that said negligence, acts, conduct and omissions directly and proximately caused injury and damage to Plaintiff as hereinafter alleged.

5. On or about July 11, 2012, in the City and County of Honolulu, State of Hawaii, Plaintiff DONNA L. QUON was driving a motor vehicle on the H-1 Freeway, westbound near the School Street off-ramp, when a postal truck operated by Defendant SHIRLEY B.J. LUM merged into her lane and collided with her car.

6. As a result of the July 11, 2012 motor vehicle accident, the Plaintiff suffered injury to her back, neck, left shoulder, left arm, and other bodily injuries, some of which are permanent in nature, representing a significant permanent loss of use of a part or function of the body.

7. As a further result of the July 11, 2012 motor vehicle accident, the Plaintiff suffered emotional distress.

8. The legal cause of the July 11, 2012 motor vehicle accident and the resulting injuries and damages to the Plaintiff was the negligence of Defendant SHIRLEY B.J. LUM.

## SECOND CAUSE OF ACTION

9. Plaintiff realleges and incorporates the allegations in paragraphs 1 through 8 as though fully set forth herein.

10. As a result of the negligence aforesaid, Plaintiff has incurred appropriate, reasonable, and necessary medical expenses which exceed the applicable medical-rehabilitative jurisdictional limit and asks leave to amend this complaint to show the total thereof at the time of trial.

11. As a further result of the negligence of the aforesaid, Plaintiff has lost wages, suffered economic loss, will incur further expenses, including further medical expenses, lose further wages, suffer further economic loss and begs leave to amend this Complaint to show the total expenses at the time of trial.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount of damages that is within the minimum jurisdictional limits of this Court, as follows:

1. General damages as are proven at the time of trial;
2. Special damages as are proven at the time of trial;
3. For costs incurred herein; and

4.  For such other and further relief as may be deemed just and equitable in the premises, including, but not limited to, prejudgment interest.

DATED: Honolulu, Hawaii, November 3, 2016.

                                      DEREK S. NAKAMURA
                                      Attorney for Plaintiff
                                      DONNA L. QUON

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| DONNA L. QUON, | CIVIL NO. 16-1-2058-11 ECN |
| Plaintiff, | (Motor Vehicle Tort) |
| vs. | SUMMONS |
| SHIRLEY B.J. LUM and DOE ONE through DOE TEN, | |
| Defendants. | |

## SUMMONS

STATE OF HAWAII

To the above-named Defendants:

You are hereby summoned and required to file with the court and serve upon DEREK S. NAKAMURA, Attorney at Law, A Law Corporation, Plaintiff's attorney, whose address is 220 S. King Street, Central Pacific Plaza, Suite 980, Honolulu, HI 96813, an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____ NOV 0 4 2016

_____
N. MIYATA
CLERK OF THE ABOVE-ENTITLED COURT

[SEAL: FIRST CIRCUIT COURT STATE OF HAWAII]